UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WONDIYRAD KABEDE,

    Plaintiff,

    v.

JOHN DOE,

    Defendant.

Case No. 13-3763 WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. He has also failed to file a complaint as ordered. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a complete IFP application, or full payment for the filing fee of $350.00, **and** (2) a complaint. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 15, 2013

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDIYARD KABEDE,<br><br>           Plaintiff,<br><br>  v.<br><br>JOHN DOE,<br><br>           Defendant.<br>_____/ | Case Number: CV13-03763 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Wondiyrad Kabede E-25873
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

Dated: October 15, 2013

                                      Richard W. Wieking, Clerk
                                      By: Jean Davis, Deputy Clerk